

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00753-CR

Paul **PESINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-161-CRW
Honorable Donna S. Rayes, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court and the trial court's Order To Withdraw Funds are MODIFIED to delete the $25 time payment fee and to reflect assessed costs in the amount of $224. The trial court's judgment is AFFIRMED AS MODIFIED.

The Wilson County District Clerk is ORDERED to delete the $25 time payment fee from the bill of costs in this case, and to prepare and certify a corrected bill of costs.

SIGNED June 9, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Senior Judge, sitting by assignment